FILED'06 AUG 28 11:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL P. DUNDON,                                05-CV-6262-PK

        Plaintiff,                         ORDER

v.

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

        Defendant.

**DREW L. JOHNSON**
Drew L. Johnson, PC
1700 Valley River Drive
Eugene, OR 97405
(541) 434-6466

**KATHRYN TASSINARI**
Harder Wells Baron & Manning, PC
474 Willamette Street, Suite 200
Eugene, OR 97401
(541) 434-6466

        Attorneys for Plaintiff

1 - ORDER

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000


**MICHAEL McGAUGHRAN**
Regional Chief Counsel
**JOHANNA VANDERLEE**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075
(206) 615-2271

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#16) on June 30, 2006, in which he recommended this Court reverse the Commissioner's decision and remand this matter for the immediate award of benefits.  The Commissioner filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas*

2 - ORDER

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#16) and, accordingly, **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate award of benefits.

IT IS SO ORDERED.

DATED this 28th day of August, 2006.

_____
ANNA J. BROWN
United States District Judge