Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'06 NOV 22 12:58USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL P. DUNDON,**

           Plaintiff,

vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

           Defendant.

Civil No. 05-6262-PK

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion for Approval, and counsel for Defendant having no position, Order is hereby granted in the sum of $15,691.75 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Counsel shall refund to Plaintiff the lesser of this or the EAJA fee of $5877.16 awarded herein. There are no other costs.

IT IS SO ORDERED this day of November 22nd, 2006.

_____
U.S. District Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200

1 - ORDER

Of Attorneys for Plaintiff

2 - ORDER